UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WESCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>CRAIG DANIEL, et al.,<br><br>    Defendants.<br>CARL WESCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>KEN MATUSOW, et al.,<br><br>    Defendants. | Case Nos.  21-cv-10011-JCS<br>               22-cv-00070-JCS<br><br>**ORDER CLARIFYING PREVIOUS FILINGS** |

The undersigned previously issued a report and recommendation for dismissal in *Wescott v. Daniel*, No. 21-cv-10011, and an order for service of process in *Wescott v. Matusow*, No. 22-cv-00070, both of which referred to case management conferences having previous been set for May 27, 2022.  That date was an error—in both cases, the case management conference had previously been set for June 3, 2022.  This order clarifies that the substance of the previous filings remains effective despite that error.  The conference previously set for June 3, 2022 in *Wescott v. Daniel* is vacated, and the conference previously set for June 3, 2022 in *Wescott v. Matusow* is continued to August 26, 2022 at 2:00 PM, to occur via Zoom webinar.

The parties in *Wescott v. Matusow* shall file a joint case management statement or separate case management statements no later than August 19, 2022.

**IT IS SO ORDERED.**

Dated: May 25, 2022

JOSEPH C. SPERO
Chief Magistrate Judge