UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>                Plaintiff,<br><br>        v.<br><br>CRAIG DANIEL, et al.,<br><br>                Defendant. | Case No. 21-cv-10011-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 13 |

The Court has reviewed Judge Joseph C. Spero's Report and Recommendation Re: Dismissal with Prejudice and notes there are no objections to the Report.  The Court adopts the Report in every respect.  Accordingly, the claims in this case are DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
VINCE CHHABRIA
United States District Judge